## IN THE UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| HI-TECH PHARMACEUTICALS, INC., a Georgia corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| | ) | Case No. 1:15-cv-03962-SCJ |
| v. | ) ) | |
| KERLEGAN PHARMACEUTICAL GROUP, INC. d/b/a INNOVATIVE DIET LABS, a California Corporation; BIOFORMX NUTRITION, INC.; a California Corporation; JEFF KERLEGAN, an Individual; PRIMAL DISTRIBUTION, INC., a Nevada Corporation; BLAKE KING, an Individual; JOHN and JANE DOES 1-10; and JOHN DOE ENTITIES 1-10. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| _____/ | | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties

hereby stipulate to the dismissal without prejudice of all claims in this action, with

each party to bear its own attorney fees and expenses.  A proposed order of

dismissal agreed to by the parties is attached hereto.

Respectfully submitted this 15th day of June, 2016.

/s/ Arthur W. Leach
Arthur W. Leach
Georgia Bar No. 442025
C.L. Parker
Georgia Bar No. 722011
*Counsel for Plaintiff Hi-Tech Pharmaceuticals, Inc.*

The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Tel: 404-786-6443
Art@ArthurWLeach.com
CL@clparkerllc.com

/s/ Thomas J. Mihill
Thomas J. Mihill
Georgia Bar No. 001363
*Counsel for Defendants Kerlegan Pharmaceutical Group, Inc., BioFormx Nutrition, Inc., and Jeff Kerlegan*

Cannon, Mihill & Winkles, LLC
101 Marietta Street, NW
Suite 3120
Atlanta, GA 30303
404-891-6700
Fax: 678-965-1751
Email: tjmihill@cmw-law.com

/s/ Arthur W. Leach
Ronald Richards
California State Bar No. 176246
(admitted pro hac vice)
*Counsel for Defendants Primal Distribution, Inc. and Blake King*

2

Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, CA 90213
310-556-1001
ron@ronaldrichards.com

## CERTIFICATE OF SERVICE

I certify that on the date shown above, I electronically filed a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing, constituting service to all attorneys of record.

/s/ Arthur W. Leach
Arthur W. Leach
Georgia Bar No. 442025
C.L. Parker
Georgia Bar No. 722011
*Counsel for Plaintiff Hi-Tech*
*Pharmaceuticals, Inc.*

The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Tel: 404-786-6443
Art@ArthurWLeach.com
CL@clparkerllc.com